

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2015

No. 04-14-00742-CR

Andres Solis **VIELMA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-09-12304-CR
Honorable Bert Richardson, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Jason Pulliam, Justice

We issued our opinion and judgment in this appeal on September 9, 2015. Appellant filed a pro se motion for extension of time to file a motion for rehearing on October 16, 2015. We denied appellant's motion for extension of time to file a motion for rehearing on November 3, 2015. In our November 3, 2015 order, we explained that a motion for rehearing must be filed within fifteen days after the judgment of the court of appeals is rendered, and that a motion for extension of time to file a motion for rehearing must be filed within fifteen days after the last date for filing the motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.8. We further explained that any motion for extension of time to file a motion for rehearing was due on October 9, 2015.

On November 30, 2015, appellant filed a petition for rehearing in which he asks for a thirty-day extension of time to file a pro se brief. Even if we were to construe appellant's petition for rehearing as a second motion for extension of time to file a motion for rehearing, the motion is untimely. *See* TEX. R. APP. P. 49.8. Appellant's petition for rehearing is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2015.



Keith E. Hottle
Clerk of Court